✓ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 25 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:17-CR-0002-MMD-WGC |
| Plaintiff, | ORDER |
| vs. | |
| LEAH ROSE TURNER, | |
| Defendant. | |

In accordance with Title 18 U.S.C. § 3583(e)(1), the court orders that, as of September 25, 2019, LEAH ROSE TURNER'S three-year term of supervised release that commenced on March 14, 2018, is hereby reduced by one year, for a two-year term, following her successful completion of the District of Nevada's CLEAR Court (Court Led Efforts at Recovery) Program.

Dated: September 25, 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE